IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA  :
            :
v.           :  CASE NO. 4:26-CR-9-MTT-CHW
            :
MOHAMMAD GHOURI    :
            :
Defendant.      :
            :

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court

that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 20th day of May, 2026.

           _____
           CHARLES H. WEIGLE
           UNITED STATES MAGISTRATE JUDGE