UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
1729 FIFTH AVENUE NORTH
SUITE 900
BIRMINGHAM, AL  35203

William H. Pryor Jr.
Chief Judge

Telephone: (205) 278-2030
Facsimile:  (205) 278-2025

July 9, 2026

Kevin P. Weimer
United States District Court
1942 Richard B. Russell Federal Building
    United States Courthouse
Atlanta, GA 30303-3309

Dave Bunt
United States District Court
William Augustus Bootle Federal Building
    and United States Courthouse
475 Mulberry Street, Room 216
Macon, GA 31201

     Re:    *United States of America v. Mohammad Ghouri*, case no. 4:26-cr-9

Dear Mr. Weimer and Mr. Bunt:

The clerk of court for the Middle District of Georgia, David Bunt, has informed me that all the district court judges for the Middle District of Georgia have recused themselves from *United States of America v. Mohammad Ghouri*, case no. 4:26-cr-9. I have previously designated all district court judges in Georgia to hold district court in the districts of Georgia. I assign this case to Judge Michael L. Brown of the Northern District of Georgia beginning July 9, 2026, and for any additional time that may be required to complete unfinished business.

Sincerely,

William H. Pryor Jr.

c:    Chief Judge Leslie A. Gardner
     Chief Judge Leigh Martin May
     Judge Michael L. Brown
     Ashlyn Beck