IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:  APPOINTMENT OF JUDGE CHRISTOPHER C. BLY IN 4:26-CR-9

ORDER

On July 9, 2026, the Honorable Chief Judge William H. Pryor, Jr. of the Eleventh Circuit Court of Appeals appointed the Honorable Michael L. Brown, Northern District of Georgia, to preside over U.S. v. Ghouri, 4:26-cr-9 due to implications of Canon 3(C)(1) of the Code of Conduct for United States Judges. That same implication requires the appointment of a United States Magistrate Judge for referral purposes in this case.  The Clerk has been notified that Judge Christopher C. Bly is the magistrate judge pursuant to Northern District of Georgia local procedures who shall be assigned this case.

It is hereby ORDERED that Judge Christopher C. Bly be appointed as a United States Magistrate Judge for referral purposes in United States v. Mohammad Ghouri, Case No. 4:26-cr-9.  This Court hereby establishes, pursuant to 28 U.S.C. § 636(f) that:

(1) This appointment is made in an emergency capacity such that all judges in the Middle District of Georgia remain recused from this case;

(2) That this assignment shall last for the duration of the case, to include any matters on remand if there should be an appeal and remand; and

(3) That Judge Bly is authorized to perform all duties established for United States Magistrate Judges under 28 U.S.C. § 636.

So ORDERED this _____ day of July, 2026.

_____
LESLIE A. GARDNER
CHIEF UNITED STATES DISTRICT JUDGE