**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**MOHAMMAD GHOURI,**

    **Defendant.**

**CRIMINAL ACTION NO.
4:26-CR-0009-MLB-CCB**

## ORDER

The Court conducted a scheduling conference on July 20, 2026, during which the Court set the pretrial motions deadline for July 21, 2026. Defendant petitioned the Court for an extension of time to file those motions, and the Government did not oppose that request. After hearing from the parties, the Court **GRANTED** the motion and will afford Defendant 60 days, or through and including September 21, 2026, to file pretrial motions. The Court will schedule a pretrial conference if pretrial motions are filed.

**IT IS HEREBY ORDERED** that the period between the date of the status conference, July 20, 2026, and the new deadline to file pretrial motions, September 21, 2026, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that the extension is necessary because counsel for Defendant needs additional time to review discovery and to discuss

the case with his client before determining whether pretrial motions are appropriate. If Defendant elects to file pretrial motions, the Government will also need time to review any filed motions in preparation for the pretrial conference. The ends of justice served by granting the continuance therefore outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED,** this 20th day of July, 2026.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

2